UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CR509 JCH |
| | ) | |
| RANDALL SUTTON, SHARON | ) | |
| NEKOL PROVINCE, JAMES | ) | |
| DOUGLAS CASSITY, BRENT | ) | |
| DOUGLAS CASSITY, HOWARD A. | ) | |
| WITTNER, and DAVID R. WULF, | ) | |
| | ) | |
| Defendant(s). | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that this matter is set for a status conference on **Tuesday, June 5, 2012**, at **9:30 a.m.** in the courtroom of the undersigned.

**IT IS FURTHER ORDERED** that during the status conference, the parties should be prepared to discuss the earliest date by which this case reasonably may be expected to be ready for trial, and the length of time expected to try the case to verdict.

Dated this  24th  day of May, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE