UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:09CR509 JCH |
| ) | |
| RANDALL SUTTON, et al., ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court on Defendant Randall Sutton's pre-trial Motion to Sever (ECF No. 380), and Defendant Sharon Nekol Province's pre-trial Motion to Sever (ECF No. 381). Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Thomas C. Mummert, III, who filed a Report and Recommendation on September 6, 2012. Neither party submitted objections to the Report and Recommendation.

Magistrate Judge Mummert recommends that the Court deny Defendants' motions. After de novo review of the entire record in this matter, the Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [ECF No. 385] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant Randall Sutton's Motion to Sever [ECF No. 380] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Sharon Nekol Province's Motion to Sever [ECF No. 381] is **DENIED**.

Dated this   25th   day of September, 2012.

                                                   /s/Jean C. Hamilton
                                                   UNITED STATES DISTRICT JUDGE